# United States District Court
## District of New Jersey

| | | |
|---|---|---|
| United States of America | : | Hon. Dennis M. Cavanaugh |
| | : | |
| v. | : | Criminal Number 09-369 |
| | : | |
| Paul Bergrin | : | **Order** |

This matter having come before the Court on its own motion to set forth dates pertaining to the trial of the defendant; and good cause having been shown,

It is on this 8th day of August, 2012, hereby ordered as follows:

1. All pre-trial motions of both parties shall be filed by August 21, 2012.
2. All reply submissions of both parties shall be filed by August 24, 2012.
3. Oral argument for the pre-trial motions shall be held on September 12, 2012 at 9:30 a.m.
4. Trial shall commence on October 1, 2012.

_____
Dennis M. Cavanaugh
United States District Judge