```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: 27 February 2013

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

Title of Case:                            Docket # 2:9cr369-1

United States v. Paul Bergrin

Appearances:

AUSA-     John Gay, Joseph Minish & Steven Sanders
          Thomas Eicher(chief of Criminal)
D-        Paul Bergrin, Pro Se
Stand By  Larry Lustberg, Bruce Levy & Amanda Protess

Nature of proceedings:
Trial w/jury continued at 8:30
Jury not present    In Camera review of issue
Hrg. On the issue involving Juror #129
Court conducted voir dire of juror #129 out of presence of other jurors, Court conducted voir dire of juror #231 out of presence
Court excused juror #129, juror #451 moved to seat 2.
Jury present 9:45am
          Thomas Moran                    resumed

Recess taken from 12:15 to 1:00 ORDERED lunch from Queen Pizza 938 Broad Street, Newark, NJ 07102

          Thomas Moran                    resumed
          Bryant Morevek                  Sworn for Govt.
          Robert Afanasewicz              Sworn for Govt.

Trial w/jury adj. At 4:15 p.m. until Feb. 28, 2013 at 8:30am

Time Commenced   8:30
Time Adjourned   4:15

cc: chambers                              Scott P. Creegan
                                          Deputy Clerk