## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 09-369 (DMC) |
| v. | |
| PAUL BERGRIN, | Filed Electronically |
| Defendant. | **PROPOSED ORDER GRANTING MOTION TO UNSEAL DOCUMENTS** |

**THIS MATTER** having come before the Court upon the Unopposed Motion for Leave of Court to Unseal Documents of defendant Paul Bergrin ("Bergrin") and the Court having considered the submissions of the parties and for good cause shown,

**IT IS** on this ___27th___ day of ___May___ 2014,

**ORDERED** that Bergrin's Motion for Leave of Court to Unseal Documents is hereby granted; and it is further

**ORDERED** that the entire transcript for proceedings occurring on February 27, 2013 in the above-captioned matter is hereby unsealed, subject to redaction of any personal information required by law and agreement of the parties; and it is further

**ORDERED** that the submissions defendant filed pursuant to 18 U.S.C. § 3006A(e) in the above-captioned matter are hereby unsealed, subject to the consent of the defendant.

JEROME B. SIMANDLE
CHIEF U.S. DISTRICT JUDGE